PAULINE W. SQUIRE, Appellant, *v.* ELLA V. GREENE et al.,
Respondents, Impleaded with Others.

ARTLISSA V. GEARON, Appellant, *v.* ELLA V. GREENE et al.,
Respondents, Impleaded with Others.

*Squire* v. *Greene*, 47 App. Div. 636, affirmed.
(Argued October 17, 1901; decided November 1, 1901.)

APPEALS from two judgments of the Appellate Division of
the Supreme Court in the second judicial department, entered
January 24, 1900, affirming judgments in favor of defend-
ants entered upon decisions of the court on trial at Special
Term.

*Rush Taggart* and *M. Gearon* for appellants.

*Jacob F. Miller* for respondents.

Judgments affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN,
VANN and WERNER, JJ. Not sitting: CULLEN, J.

———————

In the Matter of the Application of THE GRADE CROSSING
COMMISSIONERS OF THE CITY OF BUFFALO for the Appointment
of Commissioners to Ascertain the Compensation to Be Paid
to Parties Interested in Lands that May Be Injured by the
Change of Grade of Chicago Street.

THE GRADE CROSSING COMMISSIONERS et al., Appellants;
THE CARY SAFE COMPANY et al., Respondents.

*Matter of Grade Crossing Comrs.*, 59 App. Div. 498, affirmed.
(Submitted September 30, 1901; decided November 12, 1901.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered March 29, 1901, which affirmed an order of Special